IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ATLANTIC CASUALTY INSURANCE )
COMPANY,                    )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )     3:12cv617-MHT
                            )        (WO)
L & L SOCIAL CLUB, INC.,    )
d/b/a L & L Social Club,    )
et al.,                     )
                            )
     Defendants.            )
```

### JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Atlantic Casualty Insurance Company's motion for default judgment (doc. no. 24) is granted.

(2) Judgment is entered in favor of plaintiff Atlantic Casualty Insurance Company and against defendant L & L Social Club, Inc.

(3) It is the DECLARATION of this court that plaintiff Atlantic Casualty Insurance Company does not

have a duty to defend or indemnify defendant L & L Social Club, Inc. under plaintiff Atlantic Casualty Insurance Company's insurance policy, No. L024002449, for the May 28, 2011, incident referred to in plaintiff Atlantic Casualty Insurance Company's complaint in this case.  This declaration does not apply to any other defendant in this case.

Defendant L & L Social Club, Inc. is terminated as a party.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains pending against defendants Lillian Peterson and Vickie Doss (individually and as administrator of the estate of James Arthur Doss).

DONE, this the 16th day of September, 2013.

                                   /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE